S.D.N.Y.-N.Y.C.
21-cv-3576; 21-cv-3637
21-cv-3676; 21-cv-3653
21-cv-3751; 21-cv-3502
21-cv-3538; 21-cv-3741
21-cv-3550; 21-cv-3563
21-cv-4490; 21-cv-4307
21-cv-3544; 21-cv-3302
21-cv-4498; 21-cv-3530
21-cv-4381; 21-cv-4444
21-cv-4453; 21-cv-4329
Broderick, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of July, two thousand twenty-three.

Present:
> Michael H. Park,
> William J. Nardini,
> > *Circuit Judges.*\*

UBS AG,

      *Petitioner*,

v.

Fairfield Sentry Limited (In Liquidation) acting by and through the Foreign Representatives thereof, et al.,

      *Respondents*.

23-517 (L); 23-523 (Con); 23-525 (Con);
23-526 (Con); 23-530 (Con); 23-532 (Con);
23-535 (Con); 23-537 (Con); 23-541 (Con);
23-543 (Con); 23-545 (Con); 23-549 (Con);
23-565 (Con); 23-567 (Con); 23-572 (Con);
23-573 (Con); 23-576 (Con); 23-579 (Con);
23-895 (Con); 23-896 (Con)

The proceedings docketed under the above-noted docket numbers are CONSOLIDATED for the purposes of this order.

---

\* Judge Lohier has recused himself from consideration of this motion. Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal interlocutory orders of the district court. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990). It is further ORDERED that the resulting appeals be consolidated and that they be heard in tandem with the appeals consolidated under 2d Cir. 22-2101.

    FOR THE COURT:
    Catherine O'Hagan Wolfe, Clerk of Court