# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-three.

BEFORE:     Jon O. Newman,
               *Circuit Judge.*

_____

In Re: Fairfield Sentry Limited,
            Debtor.

*************************************

Fairfield Sentry Limited, (In Liquidation) acting by and through the Foreign Representatives thereof

           Debtor-Plaintiff-Appellee,

Fairfield Sigma Limited, (In Liquidation) acting by and through the Foreign Representatives thereof, Fairfield Lambda Limited, (In Liquidation) acting by and through the Foreign Representatives thereof, Kenneth Krys, solely in their capacities as Foreign Representatives and Liquidators thereof, Grieg Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof,

           Plaintiffs-Appellees,
v.

UBS AG, BNP Paribas Arbitrage SNC, UBS Europe SE, BNP Paribas Private Bank and Trust Cayman Ltd., NP Paribas Securities Nominees Limited, AKA Harrier Holdings Limited,

           Defendants-Appellants.

_____

**ORDER**

Docket No.  23-965 (Lead)

By order dated July 5, 2023, attached as Exhibit A, this Court granted leave to appeal to 18 petitions and ordered the resulting appeals be Consolidated and be heard in Tandem with appeals consolidated under 2d Cir. 22-2101.

Upon consideration of the joint motion filed by Appellants and Appellees on July 27, 2023 for case management relief, pursuant to FRAP 2 and FRAP 3(b)(2), the Court finds that good cause exists to grant the requested relief.

It is hereby ORDERED:

1.     Appeal 23-965, <u>Fairfield Sentry Limited v. UBS AG</u>, shall be the lead appeal.  A complete list of the Consolidated Appeals filed by the parties with the instant motion is included as Exhibit B**.**

2.     The short title for the Consolidated Appeals shall be "In Re: Fairfield Sentry Limited".  The parties may use the short title in lieu of a full caption for any and all filings.

3.     Parties shall make filings on the docket of the lead appeal, 23-965, which shall be deemed filed in all appeals listed in Exhibit B.

4.     Motions that seek relief in an individual appeal shall be filed in the individual appeal and the lead appeal.

5.     Counsel representing Appellants are listed in Exhibit C to this order.  Counsel representing Appellees are listed in Exhibit D to this order.

6.     All counsel shall file the required appearance forms in each appeal consistent with the requirements of Local Rules 12.3 and 46.1.

7.     For ease of filing and communication between and among Appellants, Cleary Gottlieb, Steen & Hamilton LLP ("Cleary Gottlieb") is designated as Appellant Liaison Counsel.

8.     Cleary Gottlieb shall facilitate communication between counsel for Appellants and counsel for Appellees and the Court.  Cleary Gottlieb shall also coordinate the filing of papers to avoid duplication in filings to the extent possible.

9. No attorney at Cleary Gottlieb shall be deemed to represent any Appellants other than that firm's own client(s).

10. All drafts of briefs and any motions in the appeals and communications related thereto exchanged (a) between and among any of the appellants and/or their respective attorneys as a group or (b) between and among any of the appellees and/or their respective attorneys as a group shall be deemed privileged communications and/or work product, subject to a common-interest privilege.

11. Within 14 days of the entry of this order, Appellants shall file Form C in 23-965 that shall apply to the Consolidated Appeals.

12. Within 14 days of the entry of this order, Appellants shall file Form D in 23-965 that shall apply to the Consolidated Appeals.

13. The parties shall file consolidated briefs pursuant to the following schedule:

    a) Appellant's consolidated principal brief is due on or before September 6, 2023

    b) Appellees' consolidated opposition brief is due on or before October 20, 2023.

    c) Appellant's consolidated reply brief is due on or before November 17, 2023.

14. No party's substantive rights shall be prejudiced by this Order.

15. The Clerk is directed to amend the docket to conform with this Order.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court



3

**Exhibit A**

S.D.N.Y.-N.Y.C.
21-cv-3576; 21-cv-3637
21-cv-3676; 21-cv-3653
21-cv-3751; 21-cv-3502
21-cv-3538; 21-cv-3741
21-cv-3550; 21-cv-3563
21-cv-4490; 21-cv-4307
21-cv-3544; 21-cv-3302
21-cv-4498; 21-cv-3530
21-cv-4381; 21-cv-4444
21-cv-4453; 21-cv-4329
Broderick, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

————————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of July, two thousand twenty-three.

Present:

Michael H. Park,
William J. Nardini,
*Circuit Judges*.*

UBS AG,

*Petitioner*,

v.

Fairfield Sentry Limited (In Liquidation) acting by and through the Foreign Representatives thereof, et al.,

*Respondents*.

23-517 (L); 23-523 (Con); 23-525 (Con);
23-526 (Con); 23-530 (Con); 23-532 (Con);
23-535 (Con); 23-537 (Con); 23-541 (Con);
23-543 (Con); 23-545 (Con); 23-549 (Con);
23-565 (Con); 23-567 (Con); 23-572 (Con);
23-573 (Con); 23-576 (Con); 23-579 (Con);
23-895 (Con); 23-896 (Con)

The proceedings docketed under the above-noted docket numbers are CONSOLIDATED for the purposes of this order.

---

* Judge Lohier has recused himself from consideration of this motion.   Pursuant to Second Circuit Internal Operating Procedure E(b), the matter is being decided by the two remaining members of the panel.

Petitioners request, pursuant to 28 U.S.C. § 1292(b), leave to appeal interlocutory orders of the district court. Upon due consideration, it is hereby ORDERED that the petitions are GRANTED. *See Klinghoffer v. S.N.C. Achille Lauro*, 921 F.2d 21, 23–25 (2d Cir. 1990). It is further ORDERED that the resulting appeals be consolidated and that they be heard in tandem with the appeals consolidated under 2d Cir. 22-2101.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

**Exhibit B**

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| 1. | 21-cv-3530 | 23-982 | Citibank NA London | Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof; Kenneth Krys, solely in their capacities as Foreign Representatives and Liquidators thereof; and Charlotte Caulfield |
| 2. | 21-cv-3538 | 23-976 | BGL BNP Paribas S.A. (f/k/a Banque Generale du Luxembourg S.A. and FS/Fortis Banque Luxembourg) | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 3. | 21-cv-3544 | 23-977 | BNP Paribas Securities Services Luxembourg (n/k/a BNP Paribas, Luxembourg Branch; Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA) | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 4. | 21-cv-3550 | 23-980 | HSBC Securities Services (Luxembourg) S.A.; Private-Space Ltd | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof; and |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| | | | | Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 5. | 21-cv-3563 | 23-986 | HSBC Private Bank (Suisse) S.A. | Fairfield Sigma Limited (In Liquidation) and Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof; Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 6. | 21-cv-4307 | 23-975 | HSBC Bank USA, N.A; Zurich Capital Markets Company; ZCM Asset Holding Company (Bermuda) Limited (misnamed in pleadings as ZCM Asset Holding Co. Bermuda); ZCM Matched Funding Corp.; Merrill Lynch Bank (Suisse) SA, improperly named as Merrill Lynch Bank; Safra National Bank of New York; EFG Private Bank SA; Citivic Nominees Ltd.; Citibank (Switzerland) AG | Fairfield Sentry Limited (In Liquidation), acting by and through the foreign representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 7. | 21-cv-4329 | 23-991 | Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC); Banque Pictet & Cie SA (sued as Pictet & Cie); UBS AG, incorrectly named as "UBS AG New York" and "UBS AG Zurich,"; UBS Jersey Nominees Limited, incorrectly named as "UBS Jersey Nominees"; Banque Cantonale Vaudoise; GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund); CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique); Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| | | | Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG); Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie); Fairfield Investment Fund Limited; Fairfield GCI Fund (sued as Fairfield Investment GCI); FIF Advanced, Ltd; SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as SIS SEEGANINTERSETTLE; Bank Julius Baer & Co. Ltd.; Hapoalim (Switzerland) Ltd; EFG Bank SA Switzerland; Banca Unione di Credito; BSI AG; BSI Ex Banca Del Gottardo; EFG Eurofinanciere D'Invest MCL; National Bank of Kuwait SAK; NBK Banque Privee (Suisse) SA; Bank J. Safra Sarasin AG, formerly known as Bank Sarasin & Cie; LGT Bank in Liechtenstein AG (now known as LGT Bank AG); LGT Bank (Switzerland) Ltd. (as successor in interest to Dresdner Bank (Schweiz) AG, sued as Dresdner Bank Schweiz); Verwaltungs-und Privat-Bank Aktiengesellschaft (now known as VP Bank AG); Centrum Bank Aktiengesellschaft (now part of VP Bank AG); Finter Bank Zurich (now known as Bank Vontobel AG) | |
| 8. | 21-cv-4381 | 23-989 | National Bank of Kuwait SAK; NBK Banque Privee (Suisse) SA | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| 9. | 21-cv-4444 | 23-974 | BNP Paribas (Suisse) SA; BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA); BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA); Credit Suisse AG Zurich; Clariden Leu Ltd ; Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC); Vorarlberger Landes- Und Hypothekenbank AG (now known as Hypo Vorarlberg Bank AG); Banque Pictet & Cie SA (sued as Pictet & Cie); UBS AG, incorrectly named as "UBS AG New York"; UBS Jersey Nominees Limited, incorrectly named as "UBS Jersey Nominees"; Banque Cantonale Vaudoise; GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund); CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique); Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG); Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie); SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as SIS SEEGANINTERSETTLE; Bank Julius Baer & Co. Ltd; Hapoalim (Switzerland) Ltd; EFG Bank SA Switzerland; EFG Eurofinanciere D'Invest MCL; Banca Unione di Credito, BSI AG; BSI Ex Banca Del Gottardo; Bank J. Safra Sarasin AG, formerly known as Bank Sarasin & Cie; Bank Leumi le-Israel B.M.; RBS Coutts Bank Ltd. NKA Coutts & Co. Ltd.; Harmony Capital Fund Ltd.; National Bank of Kuwait SAK; NBK Banque Privee (Suisse) SA; LGT Bank in Liechtenstein AG (now known as LGT Bank AG); LGT Bank (Switzerland) Ltd. (as | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| | | | successor in interest to Dresdner Bank (Schweiz) AG, sued as Dresdner Bank Schweiz); Verwaltungs- und Privat-Bank Aktiengesellschaft (now known as VP Bank AG); Centrum Bank Aktiengesellschaft (now part of VP Bank AG); Finter Bank Zurich (now known as Bank Vontobel AG) | |
| 10. | 21-cv-4453 | 23-990 | National Bank of Kuwait SAK; NBK Banque Privee (Suisse) SA | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 11. | 21-cv-3576 | 23-965 | UBS AG, incorrectly named as "UBS AG New York" | Fairfield Sentry Limited, (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 12. | 21-cv-3637 | 23-967 | BNP Paribas Arbitrage SNC | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 13. | 21-cv-3653 | 23-972 | BNP Paribas Private Bank and Trust Cayman Ltd. (n/k/a BNP Paribas Bank & Trust Cayman Limited) | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| | | | | Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 14. | 21-cv-3676 | 23-970 | UBS Europe SE, Luxembourg Branch, formerly known as UBS (Luxembourg) S.A | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 15. | 21-cv-3741 | 23-979 | Merrill Lynch International | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 16. | 21-cv-3751 | 23-973 | BNP Paribas Securities Nominees Ltd. (a/k/a Harrier Holdings Ltd.) | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| 17. | 21-cv-4490 | 23-988 | Fortis Bank SA/NV (n/k/a BNP Paribas Fortis) | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 18. | 21-cv-4498 | 23-987 | Citigroup Global Markets Limited | Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof; Kenneth Krys, solely in their capacities as Foreign Representatives and Liquidators thereof; Charlotte Caulfield, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 19. | 21-cv-3502 | 23-983 | BNP Paribas España (f/k/a Fortis Bank (España) | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |
| 20. | 21-cv-3302 | 23-978 | Citco Global Custody N.V.; Citco Global Custody (NA) N.V.; Citco Bank Nederland N.V.; Citco Bank Nederland N.V. Dublin Branch; Citco Banking Corporation N.V. and The Citco Group Limited | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and |

| | S.D.N.Y Case Number | Second Circuit Case Number | Defendants-Appellants | Plaintiffs-Appellees |
|---|---|---|---|---|
| | | | | Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof |

**Exhibit C**
**Defendants–Appellants[1]**

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants[2] |
|---|---|---|---|---|---|
| 1. | Citibank NA London | 21-cv-3530 | 23-982 | Adv. Pro. 10-3622 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citibank NA London* |

---

[1] The names of Defendants-Appellants included in this Exhibit reflect parties named as Defendants by the Liquidators in the relevant complaints (or to the extent there has been an update to the docket in a particular Action changing the name of a defendant, the updated defendant name) (the "As-Named Defendants"). The inclusion of the As-Named Defendants in this Exhibit is not and shall not be construed as an acknowledgement that any such As-Named Defendants are cognizable legal entities or as a waiver of any substantive or procedural rights and remedies by any such As-Named Defendants, all of which are hereby expressly reserved.

[2] Appellant liaison counsel contacted known counsel of record for each Appellant at their last known email address. The signature blocks included in this Exhibit reflect counsel who responded to Appellant liaison counsel. The statements concerning representation contained in the signature blocks represent solely the views of the counsel in that signature block and shall not be construed as an acknowledgement that any party was incorrectly sued or named as a party.

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| 2. | BGL BNP Paribas S.A., AKA BGL BNP Paribas | 21-cv-3538 | 23-976 | Adv. Pro. 10-3626 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BGL BNP Paribas S.A. (f/k/a Banque Generale du Luxembourg S.A. and FS/Fortis Banque Luxembourg)* |
| 3. | 1. BNP Paribas Securities Services Luxembourg<br>2. Rothschild and Cie Banque-EGA | 21-cv-3544 | 23-977 | Adv. Pro. 10-3627 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | *Attorneys for BNP Paribas Securities Services Luxembourg (n/k/a BNP Paribas, Luxembourg Branch*<br><br>John F. Zulack<br>Lauren J. Pincus<br>David A. Shaiman<br>Allegaert Berger & Vogel LLP<br>111 Broadway, 20th Floor<br>New York, New York 10006<br>T: 212-571-0550<br>F: 212-571-0555<br>jzulack@abv.com<br>lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Rothschild & Co Asset Management Europe (formerly known as Rothschild & Cie Gestion), as manager of the Elan Gestion Alternative fund (sued as Rothschild & Cie Banque-EGA)* |
| 4. | 1. HSBC Securities Services (Luxembourg) SA<br>2. Private-Space Ltd. | 21-cv-3550 | 23-980 | Adv. Pro. 10-3630 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Jeffrey A. Rosenthal<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Securities Services (Luxembourg) S.A.*<br><br>GILMARTIN, POSTER & SHAFTO LLP<br><br>Michael C. Lambert<br>845 Third Avenue, 17th Floor<br>New York, NY 10022<br>T: 212-425-3220<br>F: 212-425-3130<br>mclambert@lawpost-nyc.com<br><br>*Attorneys for Private-Space Ltd.* |
| 5. | HSBC Private Bank Suisse SA | 21-cv-3563 | 23-986 | Adv. Pro. 10-3633 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Jeffrey A. Rosenthal<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Private Bank (Suisse) S.A* |
| 6. | 1. HSBC Bank USA, N.A.<br>2. Zurich Capital Markets Company<br>3. ZCM Asset Holding Co. Bermuda<br>4. ZCM Matched Funding Corp.<br>5. Citivic Nominees Limited<br>6. Citibank (Switzerland) AG<br>7. Merrill Lynch Bank<br>8. Safra National Bank of New York<br>9. EFG Private Bank SA | 21-cv-4307 | 23-975 | Adv. Pro. 10-3634 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Jeffrey A. Rosenthal<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>jrosenthal@cgsh.com<br><br>Nowell D. Bamberger<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>nbamberger@cgsh.com<br><br>*Attorneys for HSBC Bank USA, N.A.*<br><br>BOIES SCHILLER FLEXNER LLP<br><br>Alan B. Vickery<br>Steven I. Froot |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Andrew Villacastin
55 Hudson Yards
New York, New York 10001
212-446-2300
avickery@bsfllp.com
sfroot@bsfllp.com
avillacastin@bsfllp.com

Jenna C. Smith
30 South Pearl St., 11th floor
Albany, New York 12207
518-694-4257
jsmith@bsfllp.com

*Attorneys for Zurich Capital Markets Company, ZCM Asset Holding Company (Bermuda) Limited (misnamed in pleadings as ZCM Asset Holding Co. Bermuda), and ZCM Matched Funding Corp.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

Carmine D. Boccuzzi, Jr.
One Liberty Plaza
New York, NY 10006
T: 212-225-2000
F: 212-225-3999
cboccuzzi@cgsh.com

Elsbeth Bennett
2112 Pennsylvania Avenue, N.W. |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citibank (Switzerland) AG; Citivic Nominees Limited*<br><br>O'MELVENY & MYERS LLP<br><br>Pamela A. Miller<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorney for Merrill Lynch Bank (Suisse) SA, improperly named as Merrill Lynch Bank*<br><br>SULLIVAN & CROMWELL LLP<br><br>Jeffrey T. Scott<br>Andrew J. Finn<br>125 Broad Street<br>New York, NY 10004<br>T: (212) 558-4000<br>scottj@sullcrom.com<br>finna@sullcrom.com<br><br>*Attorneys for Safra National Bank of New York* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | KOBRE & KIM LLP

Adam M. Lavine
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
Fax: (212) 488-1220
Adam.Lavine@kobrekim*.com*

*Attorney for Defendant EFG Private Bank SA* |
| 7. | 1. Quasar Fund SPC Class A and Class B CGCNV<br>2. Aktiengesellschaft<br>3. Banque Pictet & Cie SA (sued as Pictet & Cie)<br>4. UBS AG<br>5. UBS Jersey Nominees Limited<br>6. Banque Cantonale Vaudoise<br>7. BCV AMC Defensive AL Fund<br>8. Compagnie Bancaire Helvetique SA<br>9. Lombard Odier Darier Hentsch & Cie<br>10. Rothschild Bank AG Zurich (Dublin) also known as Rothschild Bank AG.<br>11. Edmond de Rothschild (Suisse) S.A. | 21-cv-4329 | 23-991 | Adv. Pro. 10-3635 | KLEINBERG KAPLAN WOLFF & COHEN, P.C.

Norris D. Wolff, Esq.
500 Fifth Avenue, 38th Floor
New York, New York 10110
(212) 986-6000
nwolff@kkwc.com

*Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC)*

WACHTELL, LIPTON, ROSEN & KATZ

Emil A. Kleinhaus
Angela K. Herring
51 West 52nd Street
New York, NY 10019
tel: (212) 403-1000
fax: (212) 403-2000 |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | 12. Rothschild Lugano Dublin also known as Banca Privata Edmond de Rothschild Lugano S.A 13. Fairfield Investment Fund Limited 14. Fairfield Investment GCI 15. FIF Advanced Limited 16. Six SIS Ltd. 17. Sis Seeganintersettle 18. Bank Julius Baer & Co. Ltd. 19. Hapoalim (Switzerland), Ltd. 20. EFG Bank S.A. Switzerland 21. EFG Eurofinancier D'Invest MCL 22. Banca Unione di Credito 23. BSI AG 24. BSI Ex Banca Del Gottardo 25. National Bank of Kuwait SAK 26. NBK Banque Privee (Suisse) SA 27. Bank J. Safra Sarasin AG, formerly known as Bank Sarasin & Cie 28. LGT Bank in Liechtenstein AG (now known as LGT Bank AG) 29. LGT Bank (Switzerland) Ltd. (as successor in interest | | | | email: eakleinhaus@wlrk.com akherring@wlrk.com  *Attorneys for Banque Pictet & Cie SA (sued as Pictet & Cie)*  GIBSON, DUNN & CRUTCHER LLP  Marshall R. King Gabriel Herrmann 200 Park Avenue New York, NY 10166-0193 T: (212) 351-4000 (mking@gibsondunn.com) (gherrmann@gibsondunn.com)  *Attorneys for Defendants-Appellants UBS AG, incorrectly named as "UBS AG New York" and "UBS AG Zurich," and UBS Jersey Nominees Limited, incorrectly named as "UBS Jersey Nominees"*  ALLEGAERT BERGER & VOGEL LLP  John F. Zulack Lauren J. Pincus David A. Shaiman 111 Broadway, 20th Floor New York, New York 10006 T: 212-571-0550 F: 212-571-0555 jzulack@abv.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | to Dresdner Bank (Schweiz) AG, sued as Dresdner Bank Schweiz)<br>30. Verwaltungs- und Privat-Bank Aktiengesellschaft (now known as VP Bank AG)<br>31. Centrum Bank Aktiengesellschaft (now part of VP Bank AG)<br>32. Finter Bank Zurich (now known as Bank Vontobel AG) | | | | lpincus@abv.com<br>dshaiman@abv.com<br><br>*Attorneys for Banque Cantonale Vaudoise; GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund); CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique); Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a Banca Privata Edmond de Rothschild Lugano S.A.; Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG); Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie)*<br><br>MAYER BROWN LLP<br><br>Marc R. Cohen<br>1999 K St NW<br>Washington, DC 20006<br>T: 202-263-5282<br>mcohen@mayerbrown.com<br><br>Mark G. Hanchet<br>Kevin C. Kelly<br>1221 Avenue of the Americas<br>New York, NY 10020 |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | T: 212-506-2500 |
| | | | | | mhanchet@mayerbrown.com |
| | | | | | kkelly@mayerbrown.com |
| | | | | | |
| | | | | | *Attorneys for Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie)* |
| | | | | | |
| | | | | | WOLLMUTH MAHER & DEUTSCH LLP |
| | | | | | |
| | | | | | William A. Maher |
| | | | | | Fletcher W. Strong |
| | | | | | 500 Fifth Avenue |
| | | | | | New York, NY 10110 |
| | | | | | T: (212) 382-3300 |
| | | | | | F: (212) 382-0050 |
| | | | | | wmaher@wmd-law.com |
| | | | | | fstrong@wmd-law.com |
| | | | | | |
| | | | | | *Attorneys for Fairfield Investment Fund Limited, Fairfield GCI Fund (sued as Fairfield Investment GCI), and FIF Advanced, Ltd* |
| | | | | | |
| | | | | | CHAFFETZ LINDSEY LLP |
| | | | | | |
| | | | | | Andreas A. Frischknecht |
| | | | | | Erin E. Valentine |
| | | | | | 1700 Broadway, 33rd Floor |
| | | | | | New York, New York 10019 |
| | | | | | Tel. (212) 257-6960 |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Andreas.Frischknecht@chaffetzlindsey.com Erin.Valentine@chaffetzlindsey.com *Attorneys for Defendant SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as SIS SEEGANINTERSETTLE* MCKOOL SMITH, P.C. Eric B. Halper Hal M. Shimkoski One Manhattan West 395 9th Avenue, 50th Floor New York, NY 10001 T: (212) 402-9400 F: (212) 402-9444 ehalper@mckoolsmith.com hshimkoski@mckoolsmith.com *Attorney for Defendant Bank Julius Baer & Co. Ltd.* HERBERT SMITH FREEHILLS NEW YORK LLP Scott Balber Jonathan Cross Jared Stein 450 Lexington Avenue, 14th Floor New York, NY 10017 T: (917) 542-7600 Scott.Balber@hsf.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Jonathan.cross@hsf.com<br>Jared.Stein@hsf.com<br><br>*Attorneys for Hapoalim (Switzerland) Ltd*<br><br>KOBRE & KIM LLP<br><br>Adam M. Lavine<br>800 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 488-1200<br>Fax: (212) 488-1220<br>Adam.Lavine@kobrekim.com<br><br>*Attorney for Defendants EFG Bank SA Switzerland, Banca Unione di Credito, BSI AG, BSI Ex Banca Del Gottardo, and EFG Eurofinanciere D'Invest MCL*<br><br>CIRILLO LAW OFFICE<br><br>Richard A. Cirillo<br>246 East 33rd Street - # 1<br>New York, NY 10016-4802<br>T: +1 917-541-6778<br>E: Richard@Cirillo-Law.com<br><br>*Attorney for National Bank of Kuwait SAK and NBK Banque Privee (Suisse) SA* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | SULLIVAN & CROMWELL LLP<br><br>Jeffrey T. Scott<br>Andrew J. Finn<br>125 Broad Street<br>New York, NY 10004<br>T: (212) 558-4000<br>scottj@sullcrom.com<br>finna@sullcrom.com<br><br>*Attorneys for Bank J. Safra Sarasin AG, f/k/a Bank Sarasin & Cie* |

| | | | | | WUERSCH & GERING LLP |
|---|---|---|---|---|---|
| | | | | | Gregory F. Hauser |
| | | | | | Jascha D. Preuss |
| | | | | | Joshua A. Dachs |
| | | | | | 100 Wall Street, 10th Floor |
| | | | | | New York, New York  10005 |
| | | | | | T: 212-509-5050 |
| | | | | | F: 212-509-9559 |
| | | | | | gregory.hauser@wg-law.com |
| | | | | | jascha.preuss@wg-law.com |
| | | | | | joshua.dachs@wg-law.com |
| | | | | | |
| | | | | | *Attorneys for LGT Bank in Liechtenstein AG (now known as LGT Bank AG); LGT Bank (Switzerland) Ltd. (as successor in interest to Dresdner Bank (Schweiz) AG, sued as Dresdner Bank Schweiz); Verwaltungs- und Privat-Bank Aktiengesellschaft (now known as VP Bank AG); and Centrum Bank Aktiengesellschaft (now part of VP Bank AG)* |
| | | | | | |
| | | | | | WUERSCH & GERING LLP |
| | | | | | Gregory F. Hauser |
| | | | | | Joshua A. Dachs |
| | | | | | 100 Wall Street, 10th Floor |
| | | | | | New York, New York  10005 |
| | | | | | T: 212-509-5050 |
| | | | | | F: 212-509-9559 |
| | | | | | gregory.hauser@wg-law.com |
| | | | | | joshua.dachs@wg-law.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | *Attorneys for Finter Bank Zurich (now known as Bank Vontobel AG)* |
| 8. | 1. National Bank of Kuwait SAK<br>2. NBK Banque Privee (Suisse) SA | 21-cv-4381 | 23-989 | Adv. Pro. 10-3635 | CIRILLO LAW OFFICE<br><br>Richard A. Cirillo<br>246 East 33rd Street - # 1<br>New York, NY 10016-4802<br>T: +1 917-541-6778<br>E: Richard@Cirillo-Law.com<br><br>*Attorney for National Bank of Kuwait SAK and NBK Banque Privee (Suisse) SA* |
| 9. | 1. BNP Paribas (Suisse)<br>2. BNP Paribas (Suisse) SA Ex Fortis NKA BNP Paribas (Suisse) SA<br>3. BNP Paribas (Suisse) SA Private NKA BNP Paribas (Suisse) SA<br>4. Clariden Leu Ltd.<br>5. Credit Suisse AG Zurich<br>6. Quasar Fund SPC Class A and Class B CGCNV<br>7. Vorarlberger Landes- Und Hypothekenbank Aktiengesellschaft<br>8. Banque Pictet & Cie SA (sued as Pictet & Cie)<br>9. UBS AG | 21-cv-4444 | 23-974 | Adv. Pro. 10-3636 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas (Suisse) SA, BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA), and BNP Paribas* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | 10. UBS Jersey Nominees Limited<br>11. Banque Cantonale Vaudoise<br>12. BCV AMC Defensive AL Fund<br>13. Rothschild Bank AG Zurich (Dublin) also known as Rothschild Bank AG<br>14. Edmond de Rothschild (Suisse) S.A.<br>15. Rothschild Lugano Dublin also known as Banca Privata Edmond de Rothschild Lugano S.A.<br>16. Lombard Odier Darier Hentsch & Cie<br>17. Compagnie Bancaire Helvetique SA<br>18. Fairfield Investment Fund Limited<br>19. Fairfield Investment GCI<br>20. FIF Advanced Limited<br>21. Six SIS Ltd.<br>22. SIS SEEGAINTERSETTLE<br>23. Bank Julius Baer & Co. Ltd.<br>24. RBS Coutts Bank Ltd., NKA Coutts & Co. Ltd<br>25. Harmony Capital Fund Ltd.<br>26. Hapoalim (Switzerland), Ltd.<br>27. EFG Bank S.A. Switzerland | | | | *(Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA)*<br><br>WILLIAM J. SUSHON<br>DANIEL S. SHAMAH<br>KAYLA N. HARAN<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036<br>(212) 326-2000<br><br>*Attorneys for Credit Suisse AG Zurich and Clariden Leu Ltd*<br><br>KLEINBERG KAPLAN WOLFF & COHEN, P.C.<br><br>Norris D. Wolff, Esq.<br>500 Fifth Avenue, 38th Floor<br>New York, New York 10110<br>(212) 986-6000<br>nwolff@kkwc.com<br><br>*Attorneys for Defendant Quasar Fund SPC Class A and Class B CGCNV (sued as Quasarfuns SPC*<br><br>HARNIK LAW FIRM<br><br>Stephen M. Harnik<br>1225 Park Ave. |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | 28. EFG Eurofinanciere D'Invest MCL<br>29. Banca Unione di Credito<br>30. BSI AG<br>31. BSI Ex Banca Del Gottardo<br>32. Bank J. Safra Sarasin AG formerly known as Bank Sarasin & Cie<br>33. Bank Leumi Le-Israel B.M.<br>34. National Bank of Kuwait SAK<br>35. NBK Banque Privee (Suisse) SA<br>36. LGT Bank in Liechtenstein AG (now known as LGT Bank AG)<br>37. LGT Bank (Switzerland) Ltd. (as successor in interest to Dresdner Bank (Schweiz) AG, sued as Dresdner Bank Schweiz)<br>38. Verwaltungs- und Privat-Bank Aktiengesellschaft (now known as VP Bank AG)<br>39. Centrum Bank Aktiengesellschaft (now part of VP Bank AG)<br>40. Finter Bank Zurich (now known as Bank Vontobel AG) | | | | New York, New York 10128<br>T: (212) 599-7575<br>F: (212) 867-8120<br>Email: stephen@harnik.com<br><br>*Attorneys for Vorarlberger Landes- Und Hypothekenbank AG (now known as Hypo Vorarlberg Bank AG)*<br><br>WACHTELL, LIPTON, ROSEN & KATZ<br><br>Emil A. Kleinhaus<br>Angela K. Herring<br>51 West 52nd Street<br>New York, NY  10019<br>tel:  (212) 403-1000<br>fax: (212) 403-2000<br>email:  eakleinhaus@wlrk.com<br>akherring@wlrk.com<br><br>*Attorneys for Banque Pictet & Cie SA (sued as Pictet & Cie)*<br><br>GIBSON, DUNN & CRUTCHER LLP<br><br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, NY 10166-0193<br>T: (212) 351-4000 |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | (mking@gibsondunn.com) (gherrmann@gibsondunn.com) *Attorneys for Defendants-Appellants UBS AG, incorrectly named as "UBS AG New York" and "UBS AG Zurich," and UBS Jersey Nominees Limited, incorrectly named as "UBS Jersey Nominees"* ALLEGAERT BERGER & VOGEL LLP John F. Zulack Lauren J. Pincus David A. Shaiman 111 Broadway, 20th Floor New York, New York 10006 T: 212-571-0550 F: 212-571-0555 jzulack@abv.com lpincus@abv.com dshaiman@abv.com *Attorneys for Banque Cantonale Vaudoise; GERIFONDS SA, as manager of Defendant BCV AMC Defensive Alt Fund (sued as BCV AMC Defensive AL Fund); CBH Compagnie Bancaire Helvétique SA (sued as Compagnie Bancaire Helvetique); Edmond de Rothschild (Suisse) S.A. (sued as Rothschild Bank Geneva (Dublin)), individually and as successor-in interest to Sella Bank AG and defendant Rothschild Lugano Dublin a/k/a* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | *Banca Privata Edmond de Rothschild Lugano S.A.; Rothschild & Co Bank AG (sued as Rothschild Bank AG Zurich (Dublin) a/k/a Rothschild Bank AG); Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie)*<br><br>MAYER BROWN LLP<br><br>Marc R. Cohen<br>1999 K St NW<br>Washington, DC 20006<br>T: 202-263-5282<br>mcohen@mayerbrown.com<br>Mark G. Hanchet<br>Kevin C. Kelly<br>1221 Avenue of the Americas<br>New York, NY 10020<br>T: 212-506-2500<br>mhanchet@mayerbrown.com<br>kkelly@mayerbrown.com<br><br>*Attorneys for Banque Lombard Odier & Cie SA (sued as Lombard Odier Darier Hentsch & Cie)*<br><br>CHAFFETZ LINDSEY LLP<br><br>Andreas A. Frischknecht<br>Erin E. Valentine<br>1700 Broadway, 33rd Floor<br>New York, New York 10019 |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Tel. (212) 257-6960<br>Andreas.Frischknecht@chaffetzlindsey.com<br>Erin.Valentine@chaffetzlindsey.com<br><br>*Attorneys for Defendant SIX SIS Ltd., f/k/a SIS SegaInterSettle AG, and named in the Complaint as SIS SEEGANINTERSETTLE*<br><br>MCKOOL SMITH, P.C.<br><br>Eric B. Halper<br>Hal M. Shimkoski<br>One Manhattan West<br>395 9th Avenue, 50th Floor<br>New York, NY 10001<br>T: (212) 402-9400<br>F: (212) 402-9444<br>ehalper@mckoolsmith.com<br>hshimkoski@mckoolsmith.com<br><br>*Attorney for Defendant Bank Julius Baer & Co. Ltd*<br><br><br>HERBERT SMITH FREEHILLS NEW YORK LLP<br><br>Scott Balber<br>Jonathan Cross<br>Jared Stein<br>450 Lexington Avenue, 14th Floor |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | New York, NY 10017 |
| | | | | | T: (917) 542-7600 |
| | | | | | Scott.Balber@hsf.com |
| | | | | | Jonathan.cross@hsf.com |
| | | | | | Jared.Stein@hsf.com |
| | | | | | |
| | | | | | *Attorneys for Hapoalim (Switzerland) Ltd* |
| | | | | | |
| | | | | | KOBRE & KIM LLP |
| | | | | | |
| | | | | | Adam M. Lavine |
| | | | | | 800 Third Avenue |
| | | | | | New York, New York 10022 |
| | | | | | Telephone: (212) 488-1200 |
| | | | | | Fax: (212) 488-1220 |
| | | | | | Adam.Lavine@kobrekim.com |
| | | | | | |
| | | | | | *Attorney for Defendants EFG Bank SA Switzerland, EFG Eurofinanciere D'Invest MCL, Banca Unione di Credito, BSI AG, and BSI Ex Banca Del Gottardo* |
| | | | | | |
| | | | | | DAVIS POLK & WARDWELL LLP |
| | | | | | |
| | | | | | Elliot Moskowitz |
| | | | | | Andrew Ditchfield |
| | | | | | 450 Lexington Avenue |
| | | | | | New York, New York 10017 |
| | | | | | Tel: (212) 450-4000 |
| | | | | | Fax: (212) 701-5800 |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | elliot.moskowitz@davispolk.com<br>andrew.ditchfield@davispolk.com<br><br>*Attorneys for Bank Leumi le-Israel B.M.*<br><br>KATTEN MUCHIN ROSENMAN<br><br>Anthony L. Paccione<br>Mark T. Ciani<br>50 Rockefeller Plaza<br>New York, NY 10020<br>Tel: (212) 940-8800<br>Anthony.paccione@katten.com<br>Mark.ciani@katten.com<br><br>*Attorneys for RBS Coutts Bank Ltd., NKA Coutts & Co. Ltd. and Harmony Capital Fund Ltd.*<br><br>CIRILLO LAW OFFICE<br><br>Richard A. Cirillo<br>246 East 33rd Street - # 1<br>New York, NY 10016-4802<br>T: +1 917-541-6778<br>E: Richard@Cirillo-Law.com<br><br>*Attorney for National Bank of Kuwait SAK and NBK Banque Privee (Suisse) SA*<br><br>WUERSCH & GERING LLP<br>Gregory F. Hauser |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | Jascha D. Preuss<br>Joshua A. Dachs<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>T: 212-509-5050<br>F: 212-509-9559<br>gregory.hauser@wg-law.com<br>jascha.preuss@wg-law.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | joshua.dachs@wg-law.com<br><br>*Attorneys for LGT Bank in Liechtenstein AG (now known as LGT Bank AG); LGT Bank (Switzerland) Ltd. (as successor in interest to Dresdner Bank (Schweiz) AG, sued as Dresdner Bank Schweiz); Verwaltungs- und Privat-Bank Aktiengesellschaft (now known as VP Bank AG); and Centrum Bank Aktiengesellschaft (now part of VP Bank AG)*<br><br>WUERSCH & GERING LLP<br>Gregory F. Hauser<br>Joshua A. Dachs<br>100 Wall Street, 10th Floor<br>New York, New York  10005<br>T: 212-509-5050<br>F: 212-509-9559<br>gregory.hauser@wg-law.com<br>joshua.dachs@wg-law.com<br><br>*Attorneys for Finter Bank Zurich (now known as Bank Vontobel AG)* |
| 10. | 1. National Bank of Kuwait SAK<br>2. NBK Banque Privee (Suisse) SA | 21-cv-4453 | 23-990 | Adv. Pro. 10-3636 | CIRILLO LAW OFFICE<br><br>Richard A. Cirillo<br>246 East 33rd Street - # 1<br>New York, NY 10016-4802<br>T: +1 917-541-6778<br>E: Richard@Cirillo-Law.com |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | *Attorney for National Bank of Kuwait SAK and NBK Banque Privee (Suisse) SA* |
| 11. | UBS AG | 21-cv-3576 | 23-965 | Adv. Pro. 10-3780 | GIBSON, DUNN & CRUTCHER LLP<br><br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, NY 10166-0193<br>T: (212) 351-4000<br>(mking@gibsondunn.com)<br>(gherrmann@gibsondunn.com)<br><br>*Attorneys for Defendant-Appellant UBS AG, incorrectly named as "UBS AG New York"* |
| 12. | BNP Paribas Arbitrage SNC | 21-cv-3637 | 23-967 | Adv. Pro. 10-4098 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas Arbitrage SNC* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| 13. | BNP Paribas Private Bank and Trust Cayman Ltd. | 21-cv-3653 | 23-972 | Adv. Pro. 10-4099 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas Private Bank and Trust Cayman Ltd. (n/k/a BNP Paribas Bank & Trust Cayman Limited)* |
| 14. | UBS Europe SE, Luxembourg Branch | 21-cv-3676 | 23-970 | Adv. Pro. 11-1250 | GIBSON, DUNN & CRUTCHER LLP<br><br>Marshall R. King<br>Gabriel Herrmann<br>200 Park Avenue<br>New York, NY 10166-0193<br>T: (212) 351-4000<br>(mking@gibsondunn.com)<br>(gherrmann@gibsondunn.com)<br><br>*Attorneys for Defendant-Appellant UBS Europe SE, Luxembourg Branch, formerly known as UBS (Luxembourg) S.A* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| 15. | Merrill Lynch International | 21-cv-3741 | 23-979 | Adv. Pro. 11-1463 | O'MELVENY & MYERS LLP<br><br>Pamela A. Miller<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 326-2000<br>E-mail: pmiller@omm.com<br><br>*Attorney for Merrill Lynch International* |
| 16. | BNP Paribas Securities Nominees Ltd. | 21-cv-3751 | 23-973 | Adv. Pro. 11-1579 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas Securities Nominees Ltd. (a/k/a Harrier Holdings Ltd.)* |
| 17. | Fortis Bank SA/NV, AKA BNP Paribas Fortis | 21-cv-4490 | 23-988 | Adv. Pro. 11-1617 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for Fortis Bank SA/NV (n/k/a BNP Paribas Fortis)* |
| 18. | Citigroup Global Markets Limited | 21-cv-4498 | 23-987 | Adv. Pro. 11-2770 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Carmine D. Boccuzzi, Jr.<br>One Liberty Plaza<br>New York, NY 10006<br>T: 212-225-2000<br>F: 212-225-3999<br>cboccuzzi@cgsh.com<br><br>Elsbeth Bennett<br>2112 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20037<br>T: 202-974-1500<br>F: 202-974-1999<br>ebennett@cgsh.com<br><br>*Attorneys for Citigroup Global Markets Limited* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| 19. | BNP Paribas España f/k/a Fortis Bank (España) | 21-cv-3502 | 23-983 | Adv. Pro. 12-1551 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>Roger A. Cooper<br>Ari D. MacKinnon<br>Thomas S. Kessler<br>One Liberty Plaza<br>New York, New York 10006<br>T: 212-225-2000<br>racooper@cgsh.com<br>amackinnon@cgsh.com<br>tkessler@cgsh.com<br><br>*Attorneys for BNP Paribas España (f/k/a Fortis Bank (España)* |
| 20. | 1. Citco Global Custody NV<br>2. Citco Global Custody (NA) NV<br>3. CGC NA<br>4. Citco Bank Nederland N.V.<br>5. CITCO Bank Nederland N.V. Dublin Branch<br>6. Citco Banking Corporation N.V.<br>7. Citco Group Limited | 21-cv-3302 | 23-978 | Adv. Pro. 19-1122 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br><br>Andrew G. Gordon<br>Gregory F. Laufer<br>1285 Avenue of the Americas<br>New York, NY 10019<br>T: 212-373-3543<br>F: 212-492-0543<br>agordon@paulweiss.com<br>glaufer@paulweiss.com<br><br>*Attorneys for Citco Global Custody N.V., Citco Global Custody (NA) N.V., Citco Bank Nederland N.V., Citco Bank Nederland N.V.* |

| | Defendants-Appellants | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Defendants-Appellants |
|---|---|---|---|---|---|
| | | | | | *Dublin Branch, Citco Banking Corporation N.V., and The Citco Group Limited* |

**Exhibit D**
**Plaintiffs-Appellees**

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees[1] |
|---|---|---|---|---|---|
| 1. | Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof; Kenneth Krys and Charlotte Caulfield,[2] solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3530 | 23-982 | Adv. Pro. 10-3622 | CLEMENT & MURPHY, PLLC<br>Paul D. Clement<br>Matthew D. Rowen<br>706 Duke Street<br>Alexandria, VA 22314<br>Tel.: (202) 742-8900<br>paul.clement@clementmurphy.com<br>matthew.rowen@clementmurphy.com<br><br>– and –<br><br>BROWN RUDNICK LLP<br>David J. Molton<br>Marek P. Krzyzowski<br>7 Times Square<br>New York, NY 10036<br>Tel.: (212) 209-4800<br>dmolton@brownrudnick.com<br>mkrzyzowski@brownrudnick.com<br><br>*Attorneys for Plaintiffs-Appellees* |

[1] The Plaintiffs-Appellees are represented in each case on appeal here by the counsel listed in the first individual matter.
[2] Mrs. Charlotte Caulfield formerly served a liquidator and foreign representative of the funds in liquidation; following her resignation on July 8, 2019, Mr. Greig Mitchell replaced her.

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| 2. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3538 | 23-976 | Adv. Pro. 10-3626 | |
| 3. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3544 | 23-977 | Adv. Pro. 10-3627 | |
| 4. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof; and | 21-cv-3550 | 23-980 | Adv. Pro. 10-3630 | |

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| | Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | | | | |
| 5. | Fairfield Sigma Limited (In Liquidation) and Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof; Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3563 | 23-986 | Adv. Pro. 10-3633 | |
| 6. | Fairfield Sentry Limited (In Liquidation), acting by and through the foreign representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-4307 | 23-975 | Adv. Pro. 10-3634 | |
| 7. | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign | 21-cv-4329 | 23-991 | Adv. Pro. 10-3635 | |

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| | Representatives and Liquidators thereof | | | | |
| 8. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-4381 | 23-989 | Adv. Pro. 10-3635 | |
| 9. | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-4444 | 23-974 | Adv. Pro. 10-3636 | |
| 10. | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation), acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their | 21-cv-4453 | 23-990 | Adv. Pro. 10-3636 | |

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| | capacities as Foreign Representatives and Liquidators thereof | | | | |
| 11. | Fairfield Sentry Limited, (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3576 | 23-965 | Adv. Pro. 10-3780 | |
| 12. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation), Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3637 | 23-967 | Adv. Pro. 10-4098 | |
| 13. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and | 21-cv-3653 | 23-972 | Adv. Pro. 10-4099 | |

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| | Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | | | | |
| 14. | Fairfield Sentry Limited (In Liquidation) and Fairfield Sigma Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3676 | 23-970 | Adv. Pro. 11-1250 | |
| 15. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3741 | 23-979 | Adv. Pro. 11-1463 | |
| 16. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In | 21-cv-3751 | 23-973 | Adv. Pro. 11-1579 | |

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| | Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | | | | |
| 17. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-4490 | 23-988 | Adv. Pro. 11-1617 | |
| 18. | Fairfield Sentry Limited (In Liquidation), acting by and through the Foreign Representatives thereof; Kenneth Krys and Charlotte Caulfield,[3] solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-4498 | 23-987 | Adv. Pro. 11-2770 | |

---

[3] *See supra* n.2.

| | Plaintiffs-Appellees | SDNY No. | Second Circuit No. | Bankr. Court No. | Attorneys for Plaintiffs-Appellees |
|---|---|---|---|---|---|
| 19. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3502 | 23-983 | Adv. Pro. 12-1551 | |
| 20. | Fairfield Sentry Limited (In Liquidation), Fairfield Sigma Limited (In Liquidation) and Fairfield Lambda Limited (In Liquidation) acting by and through the Foreign Representatives thereof, and Kenneth Krys and Greig Mitchell, solely in their capacities as Foreign Representatives and Liquidators thereof | 21-cv-3302 | 23-978 | Adv. Pro. 19-1122 | |